LAW OFFICES
WILLIAMS & CONNOLLY LLP®

THOMAS G. HENTOFF
(202) 434-5804
thentoff@wc.com

680 MAINE AVENUE SW
WASHINGTON, DC 20024
202.434.5000
WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

August 28, 2024

Via CM/ECF

Mark Langer, Esq.
Clerk of Court, United States Court of Appeals
 for the District of Columbia Circuit
E. Barrett Prettyman Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

    Re:   **Appellees WP Company LLC's and Ellen Nakashima's Notice of Errors in Appellant Devin G. Nunes's Civil Docketing Statement,** *Nunes v. WP Company LLC*, **No. 24-7107**

Dear Mr. Langer:

Pursuant to Circuit Rule 12(e), Appellees WP Company LLC d/b/a The Washington Post and Ellen Nakashima (collectively, "The Post"), by their undersigned counsel, write to advise the Clerk of three errors in Appellant Devin G. Nunes's Civil Docketing Statement (filed August 21, 2024, in Case No. 24-7107):

1. **Question 3: "Case name."** The docketing statement misidentifies WP Company *LLC* as WP Company *LLP*. The correct case name for the caption is "Devin G. Nunes v. WP Company LLC."

**WILLIAMS & CONNOLLY**LLP

August 28, 2024
Page 2

2. **Question 4: "Type of Case."** The docketing statement erroneously indicates that this appeal is an "Original Proceeding." This appeal is not an original appellate proceeding.

3. **Question 6(g): "Are any motions currently pending in trial court?"** The docketing statement erroneously contains the selection "no." One motion remains pending in trial court, as the District Court has not ruled on The Post's sealed Motion for Sanctions (ECF No. 77-2), filed on October 11, 2023.

Respectfully submitted,

*Thomas G. Hentoff*

Thomas G. Hentoff

cc: All counsel of record

## CERTIFICATE OF SERVICE

 I certify that on August 28, 2024, a copy of the foregoing was filed with the Clerk through the Court's electronic filing system, which is designed to serve all counsel of record.

*/s/ Thomas G. Hentoff*
THOMAS G. HENTOFF
