No. 24-7107

# In the United States Court of Appeals for the District of Columbia Circuit

DEVIN G. NUNES,
APPELLANT

*v.*

WP COMPANY LLC D/B/A THE WASHINGTON POST
AND ELLEN NAKASHIMA,
APPELLEES

*ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA (NO. 1:21-CV-00506)
(THE HON. CARL J. NICHOLS)*

**APPELLEES WP COMPANY LLC D/B/A
THE WASHINGTON POST AND ELLEN NAKASHIMA'S
CORPORATE DISCLOSURE STATEMENT**

KEVIN T. BAINE
THOMAS G. HENTOFF
NICHOLAS G. GAMSE
WILLIAMS & CONNOLLY LLP
*680 Maine Avenue S.W.*
*Washington, DC 20024*
*Tel.: (202) 434-5000*
*Fax: (202) 434-5029*
*thentoff@wc.com*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Circuit Rules 12(f) and 26.1, Defendants-Appellees WP Company LLC d/b/a The Washington Post and Ellen Nakashima state that WP Company LLC operates as a publishing and media company organized as a limited liability company under the laws of Delaware. WP Company LLC is a wholly owned subsidiary of Nash Holdings LLC, which is organized under the laws of Delaware and which is privately held and does not have any outstanding securities in the hands of the public. Nash Holdings LLC's two members are Nash Parallel Investment LLC, organized under the laws of Delaware, and Explore Holdings LLC, organized under the laws of the State of Washington. Explore Holdings LLC is the sole member of Nash Parallel Investment LLC. Explore Holdings LLC's sole member is Jeff Bezos, who was a citizen of the State of Washington at the time this action commenced and is now a citizen of the State of Florida.

Respectfully submitted,

/s/  *Thomas G. Hentoff*
KEVIN T. BAINE
THOMAS G. HENTOFF
NICHOLAS G. GAMSE
WILLIAMS & CONNOLLY LLP
 *680 Maine Avenue S.W.*
 *Washington, DC  20024*
 *Tel.:  (202) 434-5000*
 *Fax:  (202) 434-5029*
 *thentoff@wc.com*

*Attorneys for Appellees*

August 28, 2024

## CERTIFICATE OF SERVICE

I certify that on August 28, 2024, a copy of the foregoing was filed with the Clerk through the Court's electronic filing system, which is designed to serve all counsel of record.

*/s/ Thomas G. Hentoff*
THOMAS G. HENTOFF
