No. 24-7107

# UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

DEVIN G. NUNES,
APPELLANT

*v.*

WP COMPANY LLC D/B/A THE WASHINGTON POST
AND ELLEN NAKASHIMA,
APPELLEES

## **STIPULATION OF VOLUNTARY DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-captioned case is voluntarily dismissed with prejudice pursuant to Federal Rule of Appellate Procedure 42(b).

Each party shall bear its own costs.

Dated: October 1, 2024

Respectfully submitted,

/s/ *Jason C. Greaves*
JASON C. GREAVES
SHAWN FLYNN
MATT M. DUMMERMUTH
BINNALL LAW GROUP
 *717 King Street, Suite 200*
 *Alexandria, VA 22314*
 *Tel.: (703) 888-1943*
 *Fax: (703) 888-1930*
 *jason@binnall.com*

*Attorneys for Appellant*

/s/ *Thomas G. Hentoff*
KEVIN T. BAINE
THOMAS G. HENTOFF
NICHOLAS G. GAMSE
WILLIAMS & CONNOLLY LLP
 *680 Maine Avenue S.W.*
 *Washington, DC 20024*
 *Tel.: (202) 434-5000*
 *Fax: (202) 434-5029*
 *thentoff@wc.com*

*Attorneys for Appellees*

# CERTIFICATE OF SERVICE

I hereby certify, in accordance with Rules 15(c) and 25(a)(2)(B) of the Federal Rules of Appellate Procedure, that on October 1, 2024, a true and complete copy of the foregoing Stipulation of Voluntary Dismissal was e-filed with the Clerk of the Court using the CM/ECF system, which is designed to serve all counsel of record.

/s/ *Jason C. Greaves*
JASON C. GREAVES